UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
JUN 0 6 2023
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | CAUSE NO. |
| ANTHONY PORTER, ) | 1:23-cr-0086 JMS KMB |
| Defendants. ) | |

### INDICTMENT

The Grand Jury charges that:

### COUNT 1
18 U.S.C. § 2119(1)
Carjacking

On or about April 17, 2023, in the Southern District of Indiana, the defendant, ANTHONY PORTER, took a motor vehicle, that is an Acura TL, that had been transported, shipped, and received in interstate or foreign commerce, from a person by force, violence, and intimidation, with the intent to cause death and serious bodily harm.

In violation of Title 18, United States Code, Section 2119(1).

### COUNT 2
18 U.S.C. § 924(c)(1)(A)(iii)
Discharging a Firearm During and in Relation to a Crime of Violence

On or about April 17, 2023, in the Southern District of Indiana, Indianapolis Division, the defendant, ANTHONY PORTER, did knowingly carry and use a firearm, that is a 9mm SCCY CPX-2 firearm, and that firearm was discharged during and in relation to a crime of violence, to wit: carjacking, charged in Count One of the indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(iii).

## COUNT 3
## 18 U.S.C. § 922(g)(1)
## Unlawful Possession of a Firearm by a Convicted Felon

On or about April 17, 2023, within the Southern District of Indiana, Indianapolis Division, ANTHONY PORTER, the defendant herein, did knowingly possess in and affecting interstate or foreign commerce a firearm, to wit: a 9mm SCCY CPX-2 firearm, after knowingly having been convicted of one or more felony crimes punishable by imprisonment for a term exceeding one (1) year, to wit:

Residential Entry, a Level 6 Felony, under cause number 49D23-1811-F6-038548 in Marion County, Indiana, on or about March 4, 2020.

Residential Entry, a Level D Felony, under cause number 49G17-1311-FD-074633 in Marion County, Indiana, on or about January 15, 2014.

In violation of Title 18, United States Code, Section 922(g)(1).

## **FORFEITURE**

1.  Upon conviction of the offense in violation of Title 18, United States Code, Section 2119, set forth in Count 1 of this Indictment, ANTHONY PORTER, the defendant herein, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

2.  Upon conviction of the offense in violation of 18 United States Code, Section 924, set forth in Count 2 of this Indictment, ANTHONY PORTER, the defendant herein, shall forfeit to the United States "any firearm or ammunition involved in" the offense. The property subject to forfeiture includes, but is not necessarily limited to, the following:

    a. 9mm SCCY CPX-2 firearm; and

    b. all recovered ammunition.

3. The allegations in Count Three of this indictment are realleged as if fully set forth here, for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, and Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c). If convicted of any of the offenses set forth in Count Three, the defendant herein, shall also forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm, ammunition or magazine involved in or used in any of the offenses of which he is convicted

4. If any of the property described above, as a result of any act or omission by a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third person; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be subdivided without difficulty, the United States of America shall be entitled to forfeiture of substitute property, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL:

_____
FOREPERSON

ZACHARY A. MYERS
United States Attorney

By: _____
Jeremy C. Fugate
Assistant United States Attorney